## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SAMMY BEETS AND MELISSA BEETS, ) <br> on behalf of T.B., a minor child, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BLUE TEE CORP., et al., ) <br> ) <br> Defendants. ) | Case No. 09-CV-546-GKF-PJC |

### **ORDER**

Before the Court is the Joint Motion to Dismiss Pursuant to Fed. R. Civ. P. 41(a)(2), filed by Plaintiffs and Defendants Blue Tee Corp. (" Blue Tee") and Gold Fields Mining, LLC ("Gold Fields") on March 9, 2012 [Dkt. # 240].

Pursuant to Rule 41(a)(2), and for good cause shown, the Court hereby ORDERS that all pending claims asserted by all Plaintiffs against Defendants Blue Tee and Gold Fields are dismissed with prejudice. The Court further ORDERS that all pending Third-Party Claims asserted by Defendants/Third-Party Plaintiffs Blue Tee and Gold Fields are dismissed without prejudice.

Each of the parties to these claims is responsible for payment of his, her, or its own costs and attorneys fees. This Order does not impact any claims between any parties not specifically identified herein.

SO ORDERED:

Dated this 9th day of March, 2012

*Gregory K. Frizzell*
Gregory K. Frizzell
United States District Judge
Northern District of Oklahoma

1815434.1